JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS HARRIS,<br><br>        Petitioner,<br><br>        v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | Case No. CV 19-7052-CJC (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 5, 2021

                                       CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE